# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PT. KENERTEC POWER SYSTEM,<br><br>    Plaintiffs,<br><br>WIND TOWER TRADE COALITION,<br><br>    Consolidated Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>PT. KENERTEC POWER SYSTEM and WIND TOWER TRADE COALITION,<br><br>    Defendant-Intervenors. | Before: Jane A. Restani, Judge<br><br>Consol. Court No. 20-03687 |

## ORDER

The Government has filed a motion for partial remand to address whether it improperly included an export subsidy in its upstream subsidy calculation. Plaintiff opposed remand at this juncture, but alternatively asks that the remand period be reduced to 30 days. Given that this issue was raised before the agency some time ago, a simple decision on whether the subsidy at issue is an export subsidy, which may not be included in upstream subsidy calculation, would appear to be easily determined.

A reconsideration at this point would appear to be an efficient and cost-effective measure. The Government shall file its remand results by August 19, 2021. The parties shall advise the court by August 23, 2021 if supplemental briefing is required and, if so, propose an expeditious schedule.

                                                  By:    /s/ Jane A. Restani
                                                                  Jane A. Restani

Dated: July 20, 2021