IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PT. KENERTEC POWER SYSTEM,** *et al.*,<br><br>　　　　Plaintiff and<br>　　　　Consolidated Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br>　　　　Defendant,<br><br>and<br><br>**WIND TOWER TRADE COALITION,** *et al.*,<br>　　　　Defendant-Intervenor<br>　　　　and Consolidated<br>　　　　Defendant-Intervenor. | Before: Hon. Jane A. Restani,<br>　　　　Senior Judge<br><br>Consol. Court No. 20-03687 |

## NOTICE OF APPEAL

　　Notice is hereby given that the Wind Tower Trade Coalition, Consolidated Plaintiff and Defendant-Intervenor in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *PT. Kenertec Power System v. United States*, Ct. No. 20-03687, slip op. 21-175 (Ct. Int'l Trade Dec. 28, 2021), ECF No. 60; Judgment Order, Ct. No. 20-03687 (Ct. Int'l Trade Dec. 28, 2021), ECF No. 62.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Alan H. Price*
　　　　　　　　　　　　　　　　　　　　Alan H. Price, Esq.
　　　　　　　　　　　　　　　　　　　　Daniel B. Pickard, Esq.
　　　　　　　　　　　　　　　　　　　　Robert E. DeFrancesco, III, Esq.
　　　　　　　　　　　　　　　　　　　　Laura El-Sabaawi, Esq.

　　　　　　　　　　　　　　　　　　　　**WILEY REIN LLP**
　　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 719-7000

　　　　　　　　　　　　　　　　　　　　*Counsel to the Wind Tower Trade Coalition*

Dated: January 20, 2022